Brad Bothell, appearing In Propria Persona
50 S. Market St.
San Jose, CA 95113
(408) 666-5750

FILED
SEP 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT, NORTHERN DIVISION OF CALIFORNIA, SAN JOSE DIVISION

BRAD BOTHELL,
   Plaintiff
v.
Blue Monkey, Doe Sanchez1,
Sebastian Sanchez, Doe Sanchez2,
Bouncer Doe, DOES 1-10, inclusive,
   Defendants

Case No. C 07 5210 PVT

AMOUNT DEMANDED: $10,000.00
PERSONAL INJURY, FRAUD, AND CIVIL RIGHTS VIOLATION COMPLAINT

Plaintiff alleges:

1. All defendants and plaintiff live within the jurisdiction of this court and the place of business of the Blue Monkey, defendant, is within the jurisdiction of this court.

2. All DOE defendants' true names will be ascertained when possible.

FIRST CAUSE OF ACTION FOR PERSONAL INJURY

3. Bouncer Doe, defendant, maliciously shined a flashlight in my eyes to discourage me from collecting signatures in front of the Blue Monkey, defendant, in San Jose, CA, sometime in September or October 2005. All defendants are all responsible for this tortious act which gravely hampered plaintiff's work for several days because of extreme, lasting eye pain.

1

4. SECOND CAUSE OF ACTION FOR FRAUD.

Bouverose, defendant, prevented me from working in front of the Blue Monkey, his employer and defendant, even though he knew it was an illegal and unconstitutional prohibition on his and his employers part. As a result I could not work there from approx. Sept. - Dec 2005, loosing hundreds of dollars in potential money.

Dated: Sept 28, 2007

Brad Bothell, plaintiff

-2-