N/c

[Clear Form]

FILED

SEP 28 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PVT

C 07 5210

Plaintiff,          CASE NO. _____

vs.                 APPLICATION TO PROCEED
Blue Monkey, et al   **IN FORMA PAUPERIS**
                    (Non-prisoner cases only)

Defendant.

I, Brad Bothell, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?        Yes ✗ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1000.00    Net: $1000.00

Employer: Don Horvig, 42 5A Escalona
Santa Cruz CA 95060

28. If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7     a.   Business, Profession or                     Yes ___ No _X_
8          self employment?
9     b.   Income from stocks, bonds,                  Yes ___ No _X_
10         or royalties?
11    c.   Rent payments?                              Yes ___ No _X_
12    d.   Pensions, annuities, or                     Yes ___ No _X_
13         life insurance payments?
14    e.   Federal or State welfare payments,          Yes ___ No _X_
15         Social Security or other govern-
16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____

21  3.  Are you married?                               Yes ___ No _X_
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26  4.  a.  List amount you contribute to your spouse's support:$ _____
27     b.   List the persons other than your spouse who are dependent upon you for support
28          and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1       children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.     Do you own or are you buying a home?    Yes ____ No _X_

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.     Do you own an automobile?    Yes _X_ No ____

7 Make __Ford__ Year __1987__ Model __Ranger__

8 Is it financed? Yes ____ No _X_ If so, Total due: $_____

9 Monthly Payment: $ __N/A__

10   7.     Do you have a bank account? Yes _X_ No ____ (Do not include account numbers.)

11 Name(s) and address(es) of bank: __US Bank, Safeway Store__

12 __Hamilton Ave, San Jose CA 9511__

13 Present balance(s): $ __20.00 (Approx)__

14 Do you own any cash? Yes _X_ No ____ Amount: $ __$200.00__

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)                                     Yes _X_ No ____

17 __2 Chevy trucks, years 1963 & 1964__   Rev

18   8.     What are your monthly expenses? 1963 value: $750.00  1964 value: $750.00

19 Rent: $ __600.00__      Utilities: $ __20.00__

20 Food: $ __300.00__      Clothing: $ __10.00__

21 Charge Accounts:

22 Name of Account      Monthly Payment      Total Owed on This Account

23 _____ $ _____ $ _____

24 _____ $ _____ $ _____

25 _____ $ _____ $ _____

26   9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.) $30000 to my Father

28 ① Landlord: $3,400 in back rent   Howard Botleli

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9/28/07                                    [signature]

DATE                                        SIGNATURE OF APPLICANT

- 4 -