N/c

Clear Form

**FILED**

SEP 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PVT

C 07 5210

                                    )
                            Plaintiff, )    CASE NO. _____
                                    )
vs.                                 )    **APPLICATION TO PROCEED**
 Blue Monkey, et al                 )    **IN FORMA PAUPERIS**
                                    )    (Non-prisoner cases only)
                            Defendant. )
                                    )

        I, Brul Bothell, declare, under penalty of perjury that I am the plaintiff

in the above entitled case and that the information I offer throughout this application is true and

correct. I offer this application in support of my request to proceed without being required to

prepay the full amount of fees, costs or give security. I state that because of my poverty I am

unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

        In support of this application, I provide the following information:

1.      Are you presently employed?                    Yes ⨉  No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: ___$1200,00___    Net: ___$1000,00___

Employer: ___Don Harvig, 125A Escalona___
___Santa Cruz CA 95060___

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7      a.    Business, Profession or                Yes ___  No __X__

8            self employment?

9      b.    Income from stocks, bonds,             Yes ___  No __X__

10           or royalties?

11     c.    Rent payments?                         Yes ___  No __X__

12     d.    Pensions, annuities, or                Yes ___  No __X__

13           life insurance payments?

14     e.    Federal or State welfare payments,     Yes ___  No __X__

15           Social Security or other govern-

16           ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3.    Are you married?                          Yes ___  No __X__

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____  Net $_____

26  4.    a.    List amount you contribute to your spouse's support:$ _____

27        b.    List the persons other than your spouse who are dependent upon you for support

28              and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    _____

3    _____

4    5.    Do you own or are you buying a home?    Yes ___  No X

5    Estimated Market Value: $_____ Amount of Mortgage: $_____

6    6.    Do you own an automobile?    Yes X  No ___

7    Make _Ford_ ~~Ranger~~ Year _1987_ Model _Ranger_

8    Is it financed? Yes ____ No X If so, Total due: $ _____

9    Monthly Payment: $ _N/A_

10   7.    Do you have a bank account?  Yes X  No ___ (Do not include account numbers.)

11   Name(s) and address(es) of bank: _U.S. Bank , Safeway Store_

12   _Hamilton Ave , San Jose CA 9511_

13   Present balance(s):  $ _20.00 (Approx.)_

14   Do you own any cash?  Yes X  No ___  Amount: $ _$200.00_

15   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16   market value.)    Yes X No ___  ~~BEN~~

17   _2 Chevy trucks , years 1963 & 1964,_ ~~~~~ BEN

18   8.    What are your monthly expenses? 1963 value: $150.00
         1964 value: $75.00

19   Rent: $ _600.00_    Utilities: $ _20.00_

20   Food: $ _300.00_    Clothing: $ _10.00_

21   Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

26   9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)  $30,000 to my Father

28   (1) Landlord : $3,400 in back rent    Howard Botleli

- 3 -

1

2    10.    Does the complaint which you are seeking to file raise claims that have been presented in

3    other lawsuits?    Yes ___    No ✗

4    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5    which they were filed.

6    _____

7    _____

8    I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9    false statement herein may result in the dismissal of my claims.

10

11    _9/28/67_____        _____

12        DATE                        SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -