NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAD BOTHELL, ) <br> ) <br>             Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> BLUE MONKEY, ) <br> ) <br>             Defendant. ) <br> _____ ) | Case No.: C 07-5210 PVT <br><br> **ORDER RE PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On September 28, 2007, plaintiff Brad Bothell filed an application to proceed *in forma pauperis*. However, plaintiff has not consented to the exercise of discretion by a U.S. Magistrate Judge. Accordingly, plaintiff shall file consent no later than November 2, 2007 or the case will be reassigned to a U.S. District Court Judge.[1]

IT IS SO ORDERED.

Dated: *October 23, 2007*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present application.

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*