**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**November 6, 2007**

**CASE NUMBER:  CV 07-05210 PVT**
**CASE TITLE:  BRAD BOTHELL-v-BLUE MONKEY**

## REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to the **Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/03/07

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 11/06/07 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA