UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRAD BOTHELL,

        Plaintiff,

  v.

BLUE MONKEY et al,

        Defendant.
_____/

Case Number: CV07-05210 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brad Bothell
80 South Market Street
San Jose, CA 95113

Dated: November 7, 2007

                Richard W. Wieking, Clerk
                By: Tiffany Salinas-Harwell, Deputy Clerk