*E-filed on*    5/28/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAD BOTHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUE MONKEY; SEBASTIAN SANCHEZ; et al.,<br><br>    Defendants. | No. C-07-05210 RMW<br><br>JUDGMENT |

On    5/27/08   , the court issued an order dismissing the above-captioned case for failure to pay the filing fee by March 14, 2008 as set forth in this court's February 22, 2008 order. Accordingly, judgment is hereby entered in favor of defendants and against plaintiff. Plaintiff shall take nothing by way of his complaint.

DATED:    5/27/08                    *Ronald M Whyte*
                                      RONALD M. WHYTE
                                      United States District Judge

JUDGMENT—No. C-07-05210 RMW
MAG

1  **A copy of this order was mailed on** _____5/29/08_____ **to:**

2  **Plaintiff:**

3  Brad Bothell
   80 S. Market Street
4  San Jose, CA 95113
   PRO SE

5  **Counsel for Defendant(s):**

6  No appearance

7

8  Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JUDGMENT—No. C-07-05210 RMW
MAG                                              2